United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6                                  SAN JOSE DIVISION

7

8   SCOTT JOHNSON,                          Case No.  5:21-cv-05930-EJD

9                    Plaintiff,             **ORDER DISMISSING ACTION
                                            WITHOUT PREJUDICE**
10           v.

11  RANGOON RUBY INVESTMENT, LLC,

12                   Defendant.

13          For the reasons stated in the Order to Show Cause, Dkt. No. 27, the Court declines to

14  exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.  Accordingly, the Unruh Act

15  claim is DISMISSED without prejudice to refiling in state court.  Further, based on Plaintiff's

16  stated preference to pursue the ADA claim in tandem with his Unruh Act claim (Dkt. No. 29), the

17  ADA claim is also DISMISSED without prejudice to refiling in state court.

18          The Clerk shall close the file.

19          **IT IS SO ORDERED.**

20  Dated:  August 19, 2022

21

22

23                                          EDWARD J. DAVILA
                                            United States District Judge
24

25

26

27

28  Case No.: 5:21-cv-05930-EJD
    ORDER DISMISSING ACTION WITHOUT PREJUDICE
                                            1